O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 2 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UVALDO MORA,<br><br>              Petitioner,<br><br>    vs.<br><br>FRANCISCO JACQUES, Warden,<br><br>              Respondent. | Case No. CV 09-7486-DMG (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 22, 2010

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE