JS - 6
ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UVALDO MORA, | Case No. CV 09-7486-DMG (RNB) |
| Petitioner, | |
| vs. | JUDGMENT |
| FRANCISCO JACQUEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 22, 2010

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE